**No. 56196.**—Oval Mfg. Co., Inc., et al. *v.* United States, protests 134907–K, etc. (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020).   The claim at 35 percent under paragraph 1503 was therefore sustained.